UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY R. RYAN,

    Plaintiff,

Case No. 1:16-CV-469

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:   May 2, 2017               /s/ Paul L. Maloney
                                                                      PAUL L. MALONEY
                                                                      UNITED STATES DISTRICT JUDGE